UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael MacDonald
Marisol MacDonald

    v.                                             Civil No. 06-cv-245-JD

Windham, NH, Town of, et al.

**O R D E R**

Plaintiffs seek to compel an answer to an interrogatory relating to Defendant Clark's home and cell phone number, provider and telephone records (Document no. 14). Defendant Clark objects, claiming that his phone records are personal and confidential.

Defendant Clark's privacy interests may be safeguarded by production under a protective order. He is ordered to produce them for plaintiff counsel's examination in defense counsel's office. If they contain evidence of contact between Clark and Guilbault, they are to be redacted to eliminate other phone numbers and then copied and produced.

**SO ORDERED.**

                                           /s/ James R. Muirhead
                                         James R. Muirhead
                                         United States Magistrate Judge

Date: September 7, 2007
cc:  Counsel of Record