UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael and Marisol MacDonald</u>

   v.                              Civil No. 06-cv-245-JD

<u>Town of Windham, et al.</u>

Procedural Order

The order granting summary judgment in this case, which was inadvertently published yesterday, November 15, 2007, is withdrawn and is replaced by the order (document no. 64) that has been docketed and issued today, November 16, 2007.

   SO ORDERED.

                                    /s/ Joseph A. DiClerico, Jr.
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

November 16, 2007

cc:  Steven A. Bolton, Esquire
     Brian J.S. Cullen, Esquire
     Benjamin L. Falkner, Esquire
     Donald E. Gardner, Esquire
     Paul J. Klehm, Esquire
     James B. Krasnoo, Esquire
     Danielle Leah Pacik, Esquire